IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BETHANY BUILDING, INC., : | |
| : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| : | |
| vs. : | |
| : | NO.   02-3854 |
| BRIAN J. O'NEILL, : | |
| : | |
| Defendant. : | |

## CERTIFICATE OF SERVICE

I hereby certify that on the date set forth below I served a true and correct copy of the Notice of Removal filed on June 19, 2002, in the above-captioned action, upon counsel of record, via first class mail, addressed as follows:

Brian P. Cleere, Esquire
Cleere & Cleere, P.C.
50 E. Wynnewood Road – Suite 214
Wynnewood, PA 19096

_____
CHRISTOPHER I. MCCABE
*Senior Attorney*
Attorney I.D. No. 48296

CITY OF PHILADELPHIA LAW DEPARTMENT
COMMERCIAL LITIGATION UNIT
One Parkway Building, 17th Floor
1515 Arch Street
Philadelphia, PA  19102
(215) 683-5022

Dated: June 20, 2002