PRETRIAL REPORT AND ORDER
=========================

DATE PRETRIAL HELD: October 25, 2002          NO. 02-3854

CASE CAPTION: BETHANY BUILDING V. BRIAN J. O'NEILL

1. TRIAL COUNSEL          FOR PLAINTIFF: B. CLEERE

                          FOR DEFENDANT: C. McCABE

2. STATUS OF CASE:   CASE WILL BE CONSOLIDATED WITH 02-2707
                     PLAINTIFF DEMANDS $250,000.

3. TRIAL DATE:

4. JURY/NONJURY:

5. PRETRIAL MEMORANDA AND POINTS FOR CHARGE OR PROPOSED FINDINGS
   OF FACT AND CONCLUSIONS OF LAW:

        PLAINTIFF    :
        DEFENDANT(S):

NOTE: ALL DOCUMENTS, PHOTOS, ETC. ARE TO BE MARKED BEFORE TRIAL
      AND A COPY GIVEN TO OPPONENT(S), OR OPPONENT(S) BE ALLOWED
      TO COPY THEM.

POINTS FOR CHARGE ARE TO BE SUBMITTED IN DUPLICATE - EACH POINT
ON A SEPARATE PAGE.

Copy forwarded to counsel listed above.

                                  SO ORDERED:


                                  _____
                                       CHARLES R. WEINER